

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | ) |
| | ) |
| SW 13-699-DAD AND ITEM A(1) APPLE IPHONE CELLULAR PHONE MEI013439002250160 (WHITE IN COLOR) | ) SW NO. 13-699-DAD ) ) ) ) Order under the All Writs ) Act, 28 U.S.C. § 1651 ) |

**WHEREFORE**, the United States, by Assistant United States Attorney Michelle Rodriguez, having moved this Court to enter an Order under the All Writs Act, 28 U.S.C. § 1651, requiring Apple, Inc. ("Apple") to assist in the execution of a federal search warrant by bypassing the lock screen of an iOS device, specifically, one Apple iOS device, Model #A1428 on the AT&T network with Serial Number 013439002250160, and FCC ID# BCG- E2599A (the subject device), and this Court having read and considered the Application of the United States and its supporting documents, HEREBY ENTERS THE FOLLOWING ORDER:

1) Apple shall provide reasonable technical assistance to enable law enforcement agents to obtain access to unencrypted data (the data) on the subject device;

///

ORDER                                                                 1

2) Apple shall, to the extent that data on the iOS subject device is encrypted, provide a copy of the encrypted data to law enforcement (but Apple is not required to attempt to decrypt, or otherwise enable law enforcement's attempts to access any encrypted data);

3) Apple's reasonable technical assistance shall include, but is not limited to, bypassing the iOS subject device's user's passcode so that the agents may search the device, extracting data from the Device and copying the data onto an external hard drive or other storage medium that law enforcement agents may search, or otherwise circumventing the Device's security systems to allow law enforcement access to Data and to provide law enforcement with a copy of encrypted data stored on the iOS Device; and

4) Although Apple shall make reasonable efforts to maintain the integrity of data on the subject device, Apple shall not be required to maintain copies of any user data as a result of the assistance ordered herein (in other words, all evidence preservation shall remain the responsibility of law enforcement agents).

**IT IS FURTHER ORDERED THAT,** the United States shall be permitted, if needed and upon a showing of cause, to seek an extension for return of the search warrant (which currently is compelled on or about 120 days from 10/30/2013).

**SO ORDERED.**

Dated: November 7, 2013

HON. CAROLYN K. DELANEY
United States Magistrate Judge

ORDER                                                                          2